## CHILDS v. STATE.
### No. 23556.

Court of Criminal Appeals of Texas.
Jan. 22, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. The penalty assessed is confinement in the state penitentiary for twelve years.

The indictment and all matters of procedure appear to be in regular form. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.